EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 5 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04-00161 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1) (b)(1)(A), (b)(1)(B) and 846] |
| CESAR MACHADO LUNA,       (01) and ANGEL URIATE-MENDOZA, a.k.a. Jose Lopez-Duarte  (02) | |
| Defendants. | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about November 1, 2003, to and including April 2, 2004, in the District of Hawaii, and elsewhere,

CESAR MACHADO LUNA
and
ANGEL URIATE-MENDOZA
a.k.a. Jose Lopez-Duarte

defendants herein, did willfully and unlawfully conspire together with each other and others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to distribute and to possess for distribution methamphetamine in Hawaii.

OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On or about November 15, 2003, CESAR MACHADO LUNA and Keanu Galeng, an individual not named as a defendant in this indictment, discuss on the telephone the distribution of methamphetamine.

2. On or about November 15, 2003, CESAR MACHADO LUNA distributed to Keanu Galeng approximately 220 grams of methamphetamine.

3. On or about November 19, 2003, CESAR MACHADO LUNA discuss on the telephone with Keanu Galeng a partial payment of $4,000 for the methamphetamine that was distributed on November 15, 2003.

4. On or about November 19, 2003, CESAR MACHADO LUNA met with Keanu Galeng and accepted a partial payment of $4,000 for the methamphetamine that was distributed on November 15, 2003.

5. On or about November 28, 2003, CESAR MACHADO LUNA discussed on the telephone with Keanu Galeng another partial payment of $4,000 for the methamphetamine that was distributed on November 15, 2003.

6. On or about November 28, 2003, CESAR MACHADO LUNA met with Keanu Galeng and accepted another partial payment of $4,000 for the methamphetamine that was distributed on November 15, 2003.

7. On or about March 31, 2004, CESAR MACHADO LUNA discussed on the telephone with Keanu Galeng a meeting to discuss the distribution of methamphetamine.

8. On or about March 31, 2004, CESAR MACHADO LUNA and ANGEL URIATE-MENDOZA, a.k.a. Jose Lopez-Duarte, distributed to Keanu Galeng approximately 220 grams of methamphetamine.

9. On or about April 2, 2004, CESAR MACHADO LUNA discussed on the telephone with Keanu Galeng the distribution of methamphetamine.

10. On or about April 2, 2004, CESAR MACHADO LUNA and ANGEL URIATE-MENDOZA, a.k.a. Jose Lopez-Duarte, distributed to Keanu Galeng approximately 440 grams of methamphetamine.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2:

The Grand Jury further charges that:

On or about April 2, 2004, within the District of Hawaii, **CESAR MACHADO LUNA**, did knowingly and intentionally possess with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

## COUNT 3:

The Grand Jury further charges that:

On or about March 31, 2004, within the District of Hawaii, **CESAR MACHADO LUNA** and **ANGEL URIATE-MENDOZA, a.k.a. Jose Lopez-Duarte**, did knowingly and intentionally possess with intent to distribute, fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled

4

substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

COUNT 4:

The Grand Jury further charges that:

On or about April 2, 2004, within the District of Hawaii, **CESAR MACHADO LUNA** and **ANGEL URIATE-MENDOZA, a.k.a. Jose Lopez-Duarte**, did knowingly and intentionally possess with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A).

DATED: 4-15-04       , 2004, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Cesar Machado Luna, et al.
"Indictment"
Cr. No.

5